

**NUMBER 13-20-00498-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

CHRISTOPHER ERIC DIAZ,                                                         Appellant,

v.

THE STATE OF TEXAS,                                                              Appellee.

---

On appeal from the 156th District Court
of Bee County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Tijerina
### Memorandum Opinion by Justice Benavides

Appellant, Christopher Eric Diaz, attempts to appeal a conviction of murder for which he was sentenced on October 14, 2020. The trial court has certified that this "is a plea-bargain case, and the defendant has NO right of appeal" without permission of the Court *See* TEX. R. APP. P. 25.2(a)(2).

On November 16, 2020, the Court notified appellant's counsel of the trial court's certification and ordered counsel to: (1) review the record; (2) determine whether appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certification.

On December 11, 2020, counsel filed a letter brief with this Court. Counsel's response does not establish: (1) that the certification currently on file with this Court is incorrect and (2) that appellant otherwise has a right to appeal. Furthermore, the letter brief establishes that the trial court denied the request for permission to appeal the case, on November 4, 2020.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, this appeal is DISMISSED.

GINA M. BENAVIDES
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
7th day of January, 2021.